FILED

018 MAR -1  P 1: 07

DISTRICT COURT
HARTFORD CT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Charles La Mesa, *sui juris*, )<br><br>Plaintiff )<br><br>v. )<br><br>BANK OF AMERICA, NATIONAL )<br>ASSOCIATION, )<br>WILMINGTON SAVINGS FUND SOCIETY, FSB )<br>D/B/A CHRISTIANA TRUST NOT )<br>INDIVIDUALLY BUT AS TRUSTEE FOR )<br>PRETIUM MORTGAGE ADQUISITION TRUST, )<br><br>Defendants. )<br>)<br>) | Civil Action No. _3:18-cv-00302<br><br>**MOTION TO WITHDRAW**<br>**MOTION FOR EMERGENCY**<br>**TEMPORARY INJUNCTION** |

## <u>MOTION TO WITHDRAW</u>
## <u>MOTION FOR EMERGENCY TEMPORARY INJUNCTION</u>

Comes now Plaintiff, Michael Charles La Mesa, asking the court to grant this motion to withdraw his Motion for Emergency Temporary Injunction Order against Defendants, and to allow him to replace it with motions more properly formed under F.R.Cv.P Rule 65.

At the time of the filing of the Complaint and the Motion, Memorandum, and the proposed Order, Plaintiff, Michael Charles La Mesa, was not fully informed with timeline and procedures of Rule 65.  Plaintiff declares that he made a mistake in filling his Motion for Emergency Temporary Injunction Order and apologizes to this honorable Court for his error. Plaintiff desires to correct his error and to proceed in accordance with Rule 65, by first applying for a TRO, and then applying for preliminary injunctive relief, notifying Defendant of that motion and setting a hearing on said motion.

Motion to Withdraw Motion                                          Page **1** of **3**

Wherefore, for the above reasons, Plaintiff motions this Court to grant him permission to withdraw his previous cited motion and to proceed according to the guidelines of Rule 65. This motion seems reasonable to grant as no order has been issued regarding the cited motion.

Respectfully entered this ____/____ day of March, 2018.

*Michael Charles La Mesa*

Plaintiff's Original Signature

Michael Charles La Mesa

364 Torringford Street

Torrington, Connecticut  06790

Cell: 603-995-1688

Email: newlifefire@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Torrington, Connecticut_ on the ___/___ day of March, 2018.
(location)

*Michael Charles La Mesa*

Plaintiff's Original Signature

| STATE OF CONNECTICUT | ) | |
|---|---|---|
| | ) | **JURAT** |
| COUNTY OF LITCHFIELD | ) | |

Before me the undersigned, a Notary acting within and for the County of Litchfield

Motion to Withdraw Motion                                              Page **2** of **3**

and State of Connecticut on this ___1___ day of ___March___, 2018, personally appeared and known to me - OR - proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument, to be the identical Man, Michael Charles La Mesa, who being duly sworn, declared the above to be true, correct, and not meant to mis-lead, to the best of his firsthand knowledge, understanding, and belief, by his free will and voluntary act and deed by his signature on the foregoing document, executed the within instrument.

Given under my hand and seal this ___1___ day of ___March___, 2018.

_____
Notary signature

Nicole Primerano
Printed Notary name

My commission expires ___4/30/18___

NICOLE PRIMERANO
Seal
Notary Public
Connecticut
My Commission Expires Apr 30, 2018

Motion to Withdraw Motion                                                    Page **3** of **3**