```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

-------------------------------- x
MICHAEL CHARLES LA MESA,         :
                                 :
          Plaintiff,             :
                                 :
v.                               :
                                 :
BANK OF AMERICA, N.A.,           :   Civil No. 3:18-cv-302 (AWT)
WILMINGTON SAVINGS FUND SOCIETY, :
FSB d/b/a CHRISTIANA TRUST, as a :
Trustee for Pretium Mortgage     :
Adquisition Trust,               :
                                 :
          Defendants.            :
-------------------------------- x
```

**ORDER RE MOTIONS FOR INJUNCTIVE RELIEF**

The plaintiff's Motion for Temporary Restraining Order (Doc. No. [15]) and the plaintiff's Motion for Preliminary Injunctive Relief with Expedited Hearing (Doc. No. [17]) are hereby DENIED.

In each of the motions for injunctive relief, the plaintiff seeks to have this court issue an order to enjoin the defendants that would be at odds with the judgment and foreclosure by sale entered by the Connecticut Superior Court.  After a review of the decision of the Connecticut Appellate Court dated May 9, 2017, and the motion to dismiss filed by defendant Bank of America, N.A., the court concludes that the plaintiff has not demonstrated that the requirements for injunctive relief are satisfied.  See Time Warner Cable, Inc. v. DIRECTV, Inc., 497

1

F.3d 144, 152-53 (2d Cir. 2007) ("A party seeking preliminary injunctive relief must establish: (1) either (a) a likelihood of success on the merits of its case or (b) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in its favor, and (2) a likelihood of irreparable harm if the requested relief is denied."). It is so ordered.

Signed this 19th day of April, 2018, at Hartford, Connecticut.

                                              /s/ AWT
                                       Alvin W. Thompson
                                       United States District Judge