```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
MICHAEL CHARLES LA MESA,         :
                                 :
          Plaintiff,             :
                                 :
v.                               :    Civil No. 3:18-cv-302 (AWT)
                                 :
BANK OF AMERICA, N.A., and       :
WILMINGTON SAVINGS FUND SOCIETY, :
F.S.B.,                          :
                                 :
          Defendants.            :
-------------------------------- x
```

### ORDER RE PLAINTIFF'S MOTIONS TO STRIKE

The plaintiff has filed two motions to strike: (1) Motion to Strike Defendant Bank of America, National Association's Motion to Dismiss (Doc. No. 42); and (2) Motion to Strike Defendant Wilmington Savings Fund Society, FSB D/B/A Christiana Trust Not Individually But As Trustee for Pretium Mortgage Acquisition Trust's Motion to Dismiss (Doc. No. 43).

Rule 12(f) of the Federal Rules of Civil Procedure provides that "[t]he court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.  The court may act: (1) on its own; or (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading."  A "pleading" is defined in Rule 7(a) and encompass only the following: a complaint, an answer to a

1

complaint, an answer to a counterclaim, an answer to a crossclaim, a third-party complaint, an answer to a third party complaint, and a reply to an answer.  Because a motion is not a pleading, it cannot be stricken.  See Marshall v. Webster Bank, N.A., Civil No. 3:10-cv-908 (JCH), 2011 WL 219693, at *12 (D. Conn. Jan. 21, 2011); Ricci v. Destefano, No. 3:04 CV 1109 JBA, 2006 WL 2666081, at *1 (D. Conn. 2006 WL 2666081); see also Fed. R. Civ. P. 7(b) (defining "motion").

    Because the plaintiff seeks to strike motions, and not pleadings, his motions to strike (Doc. Nos. 42 and 43) are hereby DENIED.  However, the court will treat the briefs as oppositions to the defendants' motions to dismiss.

    It is so ordered.

    Signed this 27th day of June, 2018, at Hartford, Connecticut.

                                          /s/ AWT
                              Alvin W. Thompson
                              United States District Judge